IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER GARVEY, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIZENS FOR RAUNER, INC., an Illinois corporation; and BRUCE RAUNER, an individual,<br><br>    Defendants. | Civil Action No. 1:18-cv-7919<br><br>Hon. Jorge L. Alonso |

**DEFENDANT BRUCE RAUNER'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Bruce Rauner ("Rauner") hereby moves for dismissal of Plaintiff's First Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The support for Rauner's Motion is set forth in the simultaneously filed Memorandum of Law.

WHEREFORE, and for all the reasons set forth in his Memorandum of Law, Rauner respectfully requests that this Court grant his motion to dismiss Plaintiff's First Amended Complaint against Rauner with prejudice.

**DATED:  September 9, 2019**               BRUCE V. RAUNER


                                            By:  */s/ Jordan P. Vick*
                                                 One of His Attorneys


Jordan P. Vick  (jvick@seyfarth.com)
Michael R. Levinson (mlevinson@seyfarth.com)
Katelyn R. Miller (krmiller@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

## **CERTIFICATE OF SERVICE**

I, Jordan P. Vick, an attorney, certify that I caused the foregoing Defendant Bruce Rauner's Motion to Dismiss Plaintiff's First Amended Complaint to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on September 9, 2019.

*/s/Jordan P. Vick*
